PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Criminal Action No. **1:16CR00089-001 RGA** |
| | ) |
| Noel Rodriguez | ) |
| Defendant | ) |

### Petition for Action on Conditions of Pretrial Release

COMES NOW <u>Amie K. Docherty</u> PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of Noel Rodriguez who was released under pretrial release supervision by the Honorable <u>Sherry R. Fallon,</u> sitting in the court at <u>Wilmington</u> on the <u>28th</u> day of <u>December 2016,</u> under the following conditions:

1. The defendant must not violate federal, state, or local law while on release;
2. The defendant must cooperate in the collection of a DNA sample if it is authorized;
3. The defendant must advise the court or pretrial services office or supervising officer in writing before making any change in residence or telephone number;
4. The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

7(a) The defendant shall report to Pretrial Services as directed;
7(b) The defendant shall seek or maintain employment;
7(d) The defendant shall surrender any passport to Clerk of Court, USDC of DE;
7(e) The defendant shall not obtain a passport or other international documents;
7(f) The defendant shall not travel outside the state of Delaware without permission from the pretrial service officer;
7(h) The defendant shall get medical or psychiatric/mental health treatment;
7(k) The defendant shall refrain from possessing a firearm or other dangerous weapon;
7(l) The defendant shall not use alcohol excessively;
7(m) The defendant shall not possess or use an illegal controlled substance;
7(n) The defendant shall submit to testing;
7(o) The defendant shall participate in substance abuse treatment as directed;
7(r) The defendant shall report as soon as possible, to pretrial service office or supervising officer any contact with law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop;
7(s) Regarding item 7(o), shall also include evaluation and treatment
Regarding item 7(f), must obtain permission from Pretrial Services 24 hours before scheduled travel.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

(Please see attached)

Our office recommends that no action be taken at this time. If these charges result in a conviction, the Court will be alerted immediately.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| Considered and ordered this **21** day of **DEC**, 2017. | _[signature] for Amie Docherty_ |
| _[signature]_ | U.S. Pretrial Services Officer |
| U.S. District Judge | Place   Dover, Delaware |
| | Date    December 21, 2017 |

**Condition (1)**:  The defendant must not violate federal, state, or local law while on release.

**Evidence:**          The defendant was arrested by Wake County (North Carolina) Police on November 24, 2017, for driving while intoxicated. According to police, the defendant struck another vehicle, was very unsteady, had slurred speech, and a strong odor of alcohol on his breath. The defendant's blood alcohol content, (BAC) was 0.22. A pending court date is scheduled for February 28, 2018 at the Wake County Justice Center, Raleigh, North Carolina. Pretrial Services in the Eastern District of North Carolina have placed the defendant in substance abuse counseling.